RECEIVED
MAY 24 2023
U.S. District Court
Middle District of TN

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

DANIEL LEE MILES ) CASE NUMBER **03-23 0528**
PLAINTIFF )
)
VS ) JUDGE
)
WILLIAMSON COUNTY SHERIFFS OFFICE ) MAGISTRATE JUDGE
DEFENDANT )

## CIVIL LAWSUIT

COMES TO THE PLAINTIFF DANIEL MILES, PRO SE AND INFORMA PAUPERIS, BEING INDIGENT AND HAVING NO WAY TO PAY FILING FEES ON THIS CASE HEREBY ASKS THE COURT TO PROCEED WITHOUT PAYING THE FILING FEES. I WILL ALSO INCLUDE A STATEMENT ABOUT MY FINANCIAL SITUATION AND REQUEST THE COURT SEND ME THE AO240 AFP APPLICATION. THANK YOU

ON THE 13 DAY OF MAY 2023 I WAS TRANSPORTED FROM THE DICKSON COUNTY JAIL TO THE WILLIAMSON COUNTY SHERIFFS OFFICE (JAIL). I WAS BEING EXAMINED BY THE NURSE AND EXPLAINED THAT I HAD A STROKE IN JUNE OF 2018 THAT LEFT ME PARTIALLY PARALYZED ON MY RIGHT SIDE

1 OF 5

She said that I looked like I was "getting around pretty good" and decided to put me in general population in Pod 314. I realized shortly after I got in 314 that there was no handicap accessible toilet or shower so I put a medical request in for a toilet chair to use over the toilet and in the shower. I never recieved a responce from my medical request. So I asked the nurses for 2 days when they came around to check my blood pressure but was told that they didn't know anything about it.

On May 15 2023 I noticed the floors in Pod 314 were wet. I asked the guards about the floors and explained to them that my right leg is paralyzed and that I was having trouble walking safely. They told me to be careful. I then told the nurse when she came around with meds that I was having trouble walking safely due to my condition and the floors being slick and wet. She told me to be careful. On the 14th of May I woke up for bond court and the floors were still wet but after I returned the floors were

much sicker due to them being mopped. I spent most of the day at the table playing cards and didnt walk around other than to go to the restroom or go to the door to get my meals because I was scared I would fall. Almost everybody in the pod asked the guards to turn off the air condition, so the floors would dry up and it would cool down or at least bring some fans in to dry the floor. Around 10 pm at lights out I went to the bathroom to fill my bowl with water so I would have something to drink if I got thirsty in the night. While I was walking to the sink I slipped and fell hurting my shoulder and my hip. Some of the inmates came to help me up while the others got some help from the guards. The guards and the nurse came in and helped me to my bed. The nurse examined me and said he didnt think I had any injuries, gave me a ibuprofen and told me that the nurse that brought meds in the morning would check on me and give me some more ibuprofen. When the nurse came around he didnt know anything about any

3 of 5

OF IT. AS A RESULT OF THE FALL I'M HURTING IN MY RIGHT SHOULDER AND HIP AND EVERYTIME I ASK ANY OF THE STAFF OR NURSES THEY ACT LIKE THEY DON'T KNOW ANYTHING ABOUT IT.

I FEEL LIKE WILLIAMSON COUNTY SHERRIFS OFFICE HAS SHOWN NEGLECT AND DELIBERATE INDIFFERENCE NOT ONLY TO ME BUT TO EVERY INMATE THAT HAS SLIPPED AND FELL ON THE FLOORS THAT WERE WET AND THE JAIL STAFF REFUSED TO DO ANYTHING ABOUT. AND THEY HAVE SHOWN DELIBERATE INDIFFERENCE TO ME AND NEGLECTED TO PUT ME IN A PLACE WITH HANDICAPP ACCESSIBLE BATHROOM FACILITIES AS NEEDED AND REQUESTED.

I'M ASKING THAT THE WILLIAMSON COUNTY SHERRIFS OFFICE BE FOUND LIABLE FOR DAMAGES TO MY SHOULDER AND HIP AND PAIN AND SUFFERING TO BE RETURNED BY A JURY.

RESPECTFULLY SUBMITTED
THIS 19TH DAY OF MAY 2023

*Daniel L Miles* (signature)
DANIEL L MILES

4 OF 5

Daniel Miles
408 Century Ct
Franklin TN 37064



NASHVILLE TN 370
19 MAY 2023 PM 6

The United States District
Court For The Middle District
Of Tennessee
800 Broadway
Nashville TN 37203
105

RECEIVED
MAY 24 2023
U.S. District Court
Middle District of TN